# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT MORAN-DELTORO, | CASE NO. CV 06-5423 ODW (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| LARRY E. SCRIBNER, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 3, 2011

OTIS D. WRIGHT
United States District Judge